UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 14 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | **4:19CR00137 RWS/DDN** |
| DANIEL R. WALKER, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 23, 2018, in St. Francois County, within the Eastern District of Missouri,

**DANIEL R. WALKER,**

the Defendant herein, did knowingly and intentionally receive explosive materials that travelled in interstate or foreign commerce, with knowledge and intent that it would be used to kill, injure, or intimidate an individual or damage or destroy a vehicle..

In violation of Title 18, United States Code, Section 844(d).

### COUNT TWO

The Grand Jury further charges that:

On or about June 23, 2018, in St. Francois County, within the Eastern District of Missouri,

**DANIEL WALKER,**

the Defendant herein, did knowingly make a destructive device, as defined by Title 26 United States Code Section 5845 (a) and (f), to wit, a pipe bomb.

In violation of Title 26, United States Code, Section 5861(f).

## COUNT THREE

The Grand Jury further charges that:

On or about June 25, 2018, in St. Francois County, within the Eastern District of Missouri,

**DANIEL WALKER,**

the Defendant herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally receive and possess an explosive which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 842(i)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney